**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 98-7722

_____

FAUSTO CEPEDA,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF INVESTIGATION; UNITED STATES
OF AMERICA; JOHN R. HEALEY, Police Officer;
PAUL V. KING, JR., Chief, Unit of Forfeiture
and Seized Property Finance Division,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-97-608-3)

_____

Submitted:  March 11, 1999          Decided:  March 18, 1999

_____

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Fausto Cepeda, Appellant Pro Se.  Debra Jean Prillaman, Assistant
United States Attorney, Gurney Wingate Grant, II, OFFICE OF THE
UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Fausto Cepeda appeals the district court's order denying relief in his action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). Cepeda has failed to adequately present any issues for appeal. Accordingly, we affirm. <u>See</u> 4th Cir. Local R. 34(b). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>